

# Fourth Court of Appeals
## San Antonio, Texas

April 14, 2014

No. 04-13-00697-CR

Christopher Arthur **MAROUDAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 9, Bexar County, Texas
Trial Court No. 364789
Honorable Walden Shelton, Judge Presiding

# O R D E R

The appellant's brief was originally due to be filed on January 6, 2014. The appellant's first motion for extension of time was granted, extending the deadline for filing the brief to February 5, 2014. On February 7, 2014, the appellant filed a motion requesting an additional extension of time to file the brief until March 5, 2014, for a total extension of approximately sixty days. By order dated February 10, 2014, the motion was granted, extending the deadline to file the brief to March 5, 2014. The order stated, "**THIS IS THE FINAL EXTENSION OF TIME THAT THE APPELLANT WILL BE GRANTED**."

Because the brief was not filed by the stated deadline, this appeal was abated to the trial court to conduct an abandonment hearing. TEX. R. APP. P. 38.8(b)(2). The reporter's record of the trial court's hearing and a supplemental clerk's record containing the trial court's findings have been filed. The trial court found: (1) appellant desires to prosecute his appeal; (2) appellant has retained counsel; and (3) retained counsel has not abandoned the appeal. At the hearing, retained counsel explained a problem he encountered in obtaining the record necessary to prepare the appellant's brief; however, retained counsel expressly represented to the trial court that appellant's brief would be filed in this court within ten days from the date the appeal is reinstated.

It is therefore ORDERED that this appeal is REINSTATED on the docket of this court. Appellant's brief must be filed no later than ten days from the date of this order. **NO FURTHER EXTENSIONS OF TIME WILL BE GRANTED.**

Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of April, 2014.



Keith E. Hottle
Clerk of Court